## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

**United States of America**

**v.**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

**Carlos Eduardo Teran-Nevarez**

**No.  07-10463-001M-SD**

Citizen of Mexico

Matthew Johnson (AFPD)
Attorney for Defendant

USM#:  72044-208        DOB:  1980        ICE#:  A77 412 496

**THE DEFENDANT ENTERED A PLEA OF** guilty on 7/23/2007 to Count TWO of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count TWO of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of TWENTY (20) DAYS Count TWO, with credit for time served.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:**  $Remitted        **FINE: $**        **RESTITUTION:  $**

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention:  Finance, 880 Front Street, San Diego, California 92101.  Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c).  The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count TWO of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within  prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address.  The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

**07-10463-001M-SD**                                                    *Page 2 of 2*
*USA vs. Carlos Eduardo Teran-Nevarez*

Date of Imposition of Sentence: **Monday, July 23, 2007**

_____ Date 7/23/2007 _____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution
designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____                By:_____
United States Marshal                                           Deputy Marshal
07-10463-001M-SD -

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                FOR THE SOUTHERN DISTRICT OF CALIFORNIA
8
9   United States of America,           )    CASE NUMBER 07-10463M-SD
10              Plaintiff,               )
11  vs.                                  )    **WAIVER OF REMOVAL HEARING**
12  Carlos Eduardo Tera Navarez          )
13                                       )
14              Defendant.               )
15  _____  )

16
17      I waive my right to have a Removal Hearing and agree that my case may be
18  adjudicated in the Southern District of California.

19  DATED this 23rd day of July, 2007.
20
21
22
23      X _____
            Defendant
24
25      _____
26          Attorney for the Defendant
27
28

DATE: _7/23/2007_____        CASE NUMBER: __07-10463-001M-SD

**PLEA/SENTENCING MINUTES**
USA vs. _Carlos Eduardo Teran-Nevarez_

U.S. MAGISTRATE JUDGE: _JAY R. IRWIN_ Judge #: _70BK_

U.S. Attorney _____   INTERPRETER REQ'D _Ricardo Gonzalez_____

                                          LANGUAGE: _Spanish_____

Attorney for Defendant _Matthew Johnson (AFPD)_

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY

DOA _7/21/07_        ☒ Complaint Filed          ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken  ☒ No Financial Afdvt taken  ☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:**         ☐ Held ☐ Cont'd ☐ Reset ☐ UA
Set for:   before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)  ☐ Bail set at $_____
☐ Defendant continued detained pending trial  ☐ Flight Risk  ☐ Danger

**PLEA HEARING:**              ☒ Held ☐ Cont'd ☐ Reset
Set for:  before:
☐ Consent to be tried by a Magistrate Judge signed ☐ Class A Misd ☐ Class B Misd ☐ Class C Misd
☐ Consent of Defendant  ☐ Information filed _____  ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court ☒ Plea of Guilty ☐ Not Guilty ☒ Entered to Counts _TWO_____
☐ Defendant states true name to be ____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) _TWO____ of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☒ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED ☐ EXPEDITED ☒ PSI waived ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☒ To be dismissed upon entry of the judgment, Ct(s) __ONE__
☒       ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence ☒ remanded to USM

**SENTENCING:**
☒ Defendant committed to Bureau of Prisons for a period of _20 days_ ☐ Probation/Supervised Release for _____
☒ Special Assessment $ _REMITTED_____  ☐ Fine $_____  ☐ Restitution $_____
Other: _____

RECORDED: __CS__
BY:  Angela J. Tuohy, Deputy Clerk

DATE: 7/22/07          CASE NUMBER:   07-10463M-001

USA vs.  Carlos Eduardo Teran-Nevarez

U.S. MAGISTRATE JUDGE: MARK W REEVES FOR JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____   INTERPRETER__Ricardo Gonzalez_____
                                              LANGUAGE__ Spanish _____
Attorney for Defendant __
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA  7/21/07          ☒  Initial Appearance        ☐  Appointment of counsel hearing held
☐ Financial Afdvt taken    ☐  Defendant Sworn        ☐  Financial Afdvt sealed
☐ Rule 5(c)(3)             ☐  Defendant states true name to be ___. Further proceedings  ORDERED
                              in Defendant's true name.

| **DETENTION HEARING:** | **IDENTITY HEARING:** |
|---|---|
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br> ☐ Flight risk ☐ Danger | ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐    Warrant of removal issued. |
| **PRELIMINARY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐   Probable cause found      ☐ Dismissed<br>☐   Held to answer before District Court | **STATUS HEARING:** re: _____<br>☐ Held ☐ Con't ☐ Reset<br><br>Set for:<br>Before: |

Other: Appointment of counsel, plea and possible sentence set for 7/23/07 at 2:00 pm before Magistrate Judge
Irwin. _____

                              Recorded by Courtsmart (2 min)
                              BY:  Angela J. Tuohy
                              Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Carlos Eduardo TERAN-Nevarez
Citizen of Mexico
YOB: 1980
A77 412 496
Illegal Alien

**CRIMINAL COMPLAINT**

CASE NUMBER:  *O7- 10463M-SD*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about August 7, 2001, Defendant Carlos Eduardo TERAN-Nevarez was arrested and removed from the United States to Mexico through the port of Calexico, California, in pursuance of law, and thereafter on or about July 21, 2007, Defendant was found in the United States near Vidal, California within the ~~Southern~~ *Central* District of California, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

### COUNT II

That on or about January 25, 2005, within the Southern District of California, Defendant Carlos Eduardo TERAN-Nevarez, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.    ☒ Yes   ☐ No

Signature of Complainant
Jeff A. Gearhart
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

July 22, 2007                               at              Yuma, Arizona
Date                                                  City and State

James Montgomery, Acting U.S. Magistrate
Name & Title of Judicial Officer                    Signature of Judicial Officer

# STATEMENT OF FACTUAL BASIS

Defendant:                     Carlos Eduardo TERAN-Nevarez

Dependents:                    1 USC

**IMMIGRATION HISTORY:**       The Defendant was last removed through Calexico, California on August 7, 2001.

**CRIMINAL HISTORY:**          None found

Narrative:     The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Vidal, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Calexico, California on January 25, 2005.

Charges:     8 USC§1326                    (Felony)
             8 USC§1325                    (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____July 22, 2007_____
Date

_____
Signature of Judicial Officer

## Probable Cause Statement

*I, Senior Patrol Agent Jeff A. Gearhart, declare under penalty of perjury, the following is true and correct:*

Defendant:                    Carlos Eduardo TERAN-Nevarez

Dependents:                   1 USC

**IMMIGRATION HISTORY:**      The Defendant was last removed through Calexico, California on August 7, 2001.

**CRIMINAL HISTORY:**         None found

Narrative:    The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Vidal, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Calexico, California on January 25, 2005.

*Executed on: Date* 7/22/07   *Time:* 0813 hrs

*Signed:* Jeff A. Gearhart   *Senior Patrol Agent*

### Finding of Probable Cause

*On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of one page(s), I find probable cause to believe that the defendant(s) named therein committed the offense on January 25, 2005, in violation of Title 8, United States Code, Section(s) 1326 and 1325.*

*Finding made on: Date* 7/22/07   *Time* 10:53 An

*Signed:* _____ *United States Magistrate Judge*